# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:          (212) 465-1188
                         cklee@leelitigation.com

July 21, 2025

**Via ECF**
The Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:   *Reyes v. Luzzo's Management, LLC et al*
                   Case No. 1:25-cv-04054

Dear Judge Rochon:

      We are counsel for Plaintiff and write to report the status of the above-captioned matter, pursuant to the Court's Order, dated July 16, 2025 (Dkt. No. 14).

      Plaintiff has consented to our withdrawal as counsel. As such, we respectfully request that Plaintiff be given until August 21, 2025, to retain new counsel.

      We thank the Court for its time on this matter.

Respectfully submitted,

*/s/ C.K. Lee*
cc: all parties via ECF