**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JESUS REYES,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                      Plaintiff,

-against-

LUZZO'S MANAGEMENT, LLC,
LUZZO'S GROUP HOLDINGS, LLC,
JOHN DOE RESTAURANTS 1-100,
MICHELE IULIANO, and
ANISA MOLONEY-IULIANO,

                      Defendants.

---

Case No. 1:25-cv-04054

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that upon the accompanying Affirmation of C.K. Lee, Esq., principal attorney for Lee Litigation Group, PLLC, Plaintiff's counsel seeks an Order pursuant to Local Civil Rule 1.4, granting this firm leave to withdraw as attorney of record for Plaintiff in this matter.

Dated: July 25, 2025
       New York, New York

                                        LEE LITIGATION GROUP, PLLC

                        By:   */s/ C.K. Lee*
                             C.K. Lee, Esq.
                             148 W. 24th Street, 8th Floor
                             New York, NY 10011
                             Tel.: 212-465-1188
                             Fax: 212-465-1181
                             *Attorneys for Plaintiff,*
                             *FLSA Collective Plaintiffs, and the Class*