UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS REYES, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class,*

          Plaintiff,

-against-

LUZZO'S MANAGEMENT, LLC d/b/a LUZZO
GROUP, LUZZO'S GROUP HOLDINGS, LLC
d/b/a LUZZO GROUP, JOHN DOE
RESTAURANTS 1-100, MICHELE IULIANO, and
ANISA MOLONEY-IULIANO,

          Defendants.

25-cv-04054 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

       On July 25, 2025, Plaintiff's counsel, C.K. Lee, filed a motion to withdraw.  Dkt. 17.
Any opposition to the motion to withdraw shall be filed by August 1, 2025; any reply shall be
filed by August 8, 2025.  The parties shall appear before the Court for a remote conference on
Microsoft Teams on the motion to withdraw on August 25, 2025 at 4:00 p.m.  Log-in
credentials will be circulated to the email addresses on the docket, and a public listen-only
line may be accessed by dialing phone number: 646-453-4442 | phone conference ID: 616 586
134#.  Plaintiff should be present for the August 25, 2025 conference, and Plaintiff's counsel
shall share the log-in information with Plaintiff.  Unless and until the Court grants the motion,
Mr. Lee remains counsel of record.

       If Plaintiff has secured new counsel, new counsel shall promptly enter a notice of
appearance to ensure a smooth transition of counsel in the event that the motion to withdraw
is granted.

Dated: July 28, 2025
      New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge